and referred to the Court, denied. Certiorari before judgment denied.

No. 95–8827. HOFMANN v. PRESSMAN TOY CORP. ET AL., *ante*, p. 828; and

No. 96–5260. WALLACE v. UNITED STATES, *ante*, p. 888. Petitions for rehearing denied.

No. 93–1314. TAUBER v. SALOMON FOREX, INC., ET AL., 511 U. S. 1031 and 1138. Motion for leave to file second petition for rehearing denied.

No. 95–8784. PAGE v. RUNYON, POSTMASTER GENERAL, 518 U. S. 1024. Motion for leave to file petition for rehearing denied.

NOVEMBER 7, 1996

No. 96–6510 (A–314). PAYNE v. NETHERLAND, WARDEN, ET AL. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

NOVEMBER 8, 1996

No. 96–262. EDMOND v. UNITED STATES; LAZENBY v. UNITED STATES; LEAVER v. UNITED STATES; LEONARD v. UNITED STATES; NICHOLS v. UNITED STATES; and VENABLE v. UNITED STATES. C. A. Armed Forces. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 23, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, January 22, 1997. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply. Reported below: 45 M. J. 19 (first judgment); 44 M. J. 273 (second, third, fifth, and sixth judgments), and 272 (fourth judgment).